UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO: 2:16-cv-00617-JAW

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust**<br><br>**Plaintiff**<br><br>vs.<br><br>**Julia L. Jones**<br><br>**Defendant** | **RE:**<br>**139 Conesca Road, Raymond, ME 04071**<br><br>Mortgage:<br>**April 18, 2007**<br>**Book 25033, Page 312** |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

I.     **Corporate Disclosure**

Plaintiff, U.S. Bank Trust, N.A., as trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank") certifies that U.S. Bank is a wholly-owned subsidiary of U.S. Bancorp., a publicly-held corporation.  No other publicly-held corporation owns 10% or more of its stock.

I.     **Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case are as follows:

Doonan, Graves, and Longoria, LLC- counsel for Plaintiff
John A. Doonan, Esq. – counsel for Plaintiff
U.S. Bank–Plaintiff
U.S. Bancorp- Owner of U.S. Bank
Julia L. Jones- Defendant

Dated:  March 27, 2017 /s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No.: 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

## CERTIFICATE OF SERVICE

I, John A. Doonan, Esq. hereby certify that on March 27, 2017 I served a copy of the above document by ECF Notification regular mail to the following:

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No.: 3250

John D. Clifford, IV, Esq.
John D. Clifford, IV. Esq.
Clifford & Golden, PA
P.O. Box 346
Lisbon Falls, ME 04252