UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. BANK TRUST N.A.,          )
                               )
             Plaintiff         )
                               )
v.                             )    No. 2:16-cv-00617-JAW
                               )
JULIA L. JONES,                )
                               )
             Defendant         )

**REPORT OF FINAL PRETRIAL CONFERENCE AND ORDER**

A final pretrial conference was held on September 7, 2017, in Portland, Maine, before U.S. Magistrate Judge John H. Rich III. Attorney John Doonan appeared for the plaintiff and Attorney John Clifford, IV appeared for the defendant. The following matters were addressed and will govern the trial of this case.

**I. Case Description**

The plaintiff brings this foreclosure action, seeking a judgment of foreclosure and sale of the defendant's home in Raymond, Maine. Remaining for trial are plaintiff's foreclosure count (Count I), breach of note count (Count II), and breach of contract count (Count III). The defendant agrees that the plaintiff is entitled to reformation (Count VI) but otherwise asserts that the plaintiff has failed to comply with applicable law and the terms of the mortgage; claims more than is due under the mortgage; and will not be able to prove the amount due under the mortgage; and, accordingly, that judgment should be entered in her favor.

**II. Trial Preparation**

A. <u>Discovery.</u>   Discovery is complete. There were no outstanding discovery issues identified at the conference.

B. Motions in Limine. The parties do not anticipate filing any motions in limine in advance of trial.

C. Maximum Number of Trial Days. The case will require no more than two hours of trial time, according to counsel.

## III. Trial Schedule

A. Tentative Trial Start Date. The trial is scheduled to take place as a bench trial before Judge Woodcock on October 13, 2017, at 10 a.m. in Portland, Maine (Courtroom 3). *See* ECF No. 21.

B. Settlement Notice. The parties shall inform the clerk's office whether the case is settled or firm for trial by September 27, 2017.

## IV. Trial Process

A. Stipulations. The parties shall file any agreed-to stipulations by September 27, 2017. The defendant proposes to stipulate that the defendant signed Exhibits B (the Note), C (the Mortgage), and D (the Modification Agreement) to the plaintiff's complaint, ECF No. 1, and that those documents are admissible at trial; that the plaintiff is entitled to the reformation sought in Count VI of its complaint (Paragraphs 61-66); and that the plaintiff is the owner of the mortgage, subject to the defendant's rights of redemption, pursuant to the final paragraph of Exhibit G to the plaintiff's complaint, as of July 19, 2016, but not otherwise.

B. Depositions. The parties anticipate that any testimony at trial shall be offered by no more than two witnesses, who shall testify in person.

C. Exhibits. The parties shall exchange exhibits by September 21, 2017. The parties shall jointly prepare a consolidated list of all exhibits to be offered at trial, employing the form available on the Court's website— http://www.med.uscourts.gov/ —by September 27, 2017. One extra set shall be filed for the Judge to review in advance of the trial. *See* Local Rule 16.4(d).

D. Witnesses. Each party shall file its witness list by September 27, 2017. For each witness, the list shall indicate (i) the witness's name and address; (ii) whether the witness is a fact witness or an expert witness; (iii) a concise statement of the general subject matter of the witness's testimony; and (iv) an estimate of the time required for the direct examination of the witness.

E. Trial Brief. In lieu of trial briefs, the parties rest on their final pretrial memoranda, ECF Nos. 19, 20.

F.  <u>Proposed Findings of Fact and Conclusions of Law.</u>  For a non-jury trial, the parties may be required to submit proposed findings of fact and conclusions of law, as directed by the Judge.

G.  <u>Trial Management Conference.</u>  The parties may request an additional trial management conference by contacting the clerk's office.

**SO ORDERED.**

Date:  September 18, 2017.          /s/  John H. Rich III
                                     U.S. Magistrate Judge

## **<u>NOTICE</u>**

Any objections to a Pretrial Order entered by a U.S. Magistrate Judge shall be filed within fourteen (14) days from the date of its filing.