UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br><br>PLAINTIFF<br><br>v.<br><br>JULIA L. JONES<br><br>DEFENDANT | 2:16-cv-00617-JAW |

## NOTICE OF APPEAL

Notice is hereby given that Julia L. Jones, the defendant in the above case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on June 27, 2018.

DATED: July 26, 2018

/s/ Thomas A. Cox, Esq.
Thomas A. Cox, Esq., Me. Bar No. 1248
Attorney for Appellant

P.O. Box 1314
Portland, Maine 04104
(207) 749-6671
tac@gwi.net

### Certificate of Service

I, Thomas A. Cox, hereby certify that on July 26, 2017 I served a copy of the above Notice of Appeal by electronic notification using the CM/ECF system to the following:

U.S. Bank Trust, N.A.
c/o John A. Doonan, Esq.

/s/ Thomas A. Cox
Thomas A. Cox