# United States Court of Appeals
## For the First Circuit

_____

No. 18-1719

U.S. BANK TRUST, N.A.,
as Trustee for LSF9 Master Participation Trust,

Plaintiff, Appellee,

v.

JULIA L. JONES,

Defendant, Appellant.

_____

**JUDGMENT**

Entered: May 30, 2019

    This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc:
Thomas A. Cox
Matthew Allen Fitzgerald
Ashley Peterson
Stuart T. Rossman
Frank P. D'Alessandro
Dirk Phillips
Michael A.F. Johnson